**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLAVIO FLORES, in pro per,<br><br>   Plaintiff,<br><br> v.<br><br>GMAC MORTGAGE, ETS SERVICES, DOES 1 through 100, inclusive,<br><br>   Defendants. | Case No. EDCV 09-753-VAP (MANx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

  Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against defendants GMAC Mortgage, L.L.C. (erroneously sued as GMAC Mortgage) and ETS Services, L.L.C. is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: May 6, 2009

               _____
               VIRGINIA A. PHILLIPS
               United States District Judge