**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FLAVIO FLORES, in pro per,         )         Case No. EDCV 09-753-VAP (MANx)
                    Plaintiff,     )         **JUDGMENT**
        v.                          )
GMAC MORTGAGE, ETS                  )
SERVICES                            )
                    Defendants.    )
_____           )

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

        Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED
that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court
orders that such judgment be entered.


Dated:  July 10, 2009

_____
VIRGINIA A. PHILLIPS
United States District Judge